## UNDERWOOD LIVESTOCK, INC., Plaintiff–Appellant,

### v.

## UNITED STATES, Defendant–Appellee.

### No. 2010–5072.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2010.

Martin G. Crowley, American Legal Services, Fallon, NV, for Plaintiff–Appellant.

Kurt G. Kastorf, Katherine J. Barton, Department of Justice, Washington, DC, for Defendant–Appellee.

Before SCHALL, Circuit Judge.

## ON MOTION

## ORDER

Underwood Livestock, Inc. moves for (1) reconsideration of the court's June 30, 2010 order dismissing its appeal for failure to file a brief, (2) leave to file a supplemental appendix containing the United States Court of Federal Claims' docket sheet, with supplemental appendix attached, and (3) an extension of time to file its reply brief, with reply brief attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the mandate is recalled, and the appeal is reinstated.